The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAZOR LOGISTICS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, LLC and AMAZON LOGISTICS, INC.,<br><br>*Defendants.* | No. 2:24-cv-00968 BJR<br><br>**STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO VACATE FINAL ARBITRATION AWARD, CROSS-MOTION TO CONFIRM FINAL ARBITRATION AWARD, AND MOTION TO SEAL** |

Plaintiff ShaZor Logistics LLC ("ShaZor") and Defendants Amazon.com Services LLC and Amazon.com, Inc. (together, "Amazon") jointly move the Court to (1) treat ShaZor's Memorandum in Support of Plaintiff's Petition to Vacate Arbitration Award (Dkt. No. 3) as a motion and (2) adopt the following stipulated briefing schedule for the motion to vacate and Motion to Seal Certain Exhibits Attached to the Declaration of Daimeon M. Cotton (Dkt. No. 5). The parties respectfully submit this Stipulated Motion in lieu of a Join Status Report. In support of this Stipulated Motion, the parties state the following:

1. On July 1, 2024, ShaZor filed Plaintiff's Petition to Vacate Arbitration Award (Dkt. No. 1), supporting Memorandum, and supporting Declaration (Dkt. No. 4). ShaZor intended that the Court convert the supporting Memorandum into a Motion to Vacate Arbitration

Award. ShaZor also filed a Motion to Seal Certain Exhibits (Dkt. No. 5) as required by the parties' protective order.

2. Amazon waived service of summons on July 12, 2024.

3. Amazon intends to oppose the Motion to Vacate, cross-move to confirm the arbitration award, and respond in support of the Motion to Seal Certain Exhibits.

4. Pursuant to the Court's Standing Order and to facilitate the parties' orderly submission of briefing, the parties through counsel have met and conferred regarding a joint proposed briefing schedule for ShaZor's Motion to Vacate and Motion to Seal, Amazon's cross-motion to confirm, and related briefs in response and reply.

5. The parties agreed to the following briefing schedule, which is designed to accommodate conflicts of Amazon's counsel in late July through mid-August.

6. The parties agree that the Court's determination of their proposed cross-motions will fully dispose of the merits of this matter, obviating the need for further deadlines.

7. For the above reasons, the parties jointly and respectfully propose the following briefing schedule:

| Event | Due Date |
|---|---|
| ShaZor's Motion to Vacate and Motion to Seal Certain Exhibits | Already Filed as Dkt. Nos. 3 and 5 |
| Amazon's (1) combined Opposition to ShaZor's Motion to Vacate and Cross-Motion to Confirm and (2) Response to ShaZor's Motion to Seal | August 26, 2024 |
| ShaZor's (1) combined Reply in Support of Plaintiff's Motion to Vacate and Opposition to Amazon's Cross-Motion and (2) Reply in Support of the Motion to Seal | September 20, 2024 |
| Amazon's Reply in Support of its Cross-Motion to Confirm | October 4, 2024 |

**IT IS SO ORDERED:**

Dated this 17th day of July 2024.

*Barbara J. Rothstein*

UNITED STATES DISTRICT JUDGE

Stipulation Setting Briefing Schedule
(No. 2:24-cv-00968-BJR) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Presented By:*

Juli E. Farris, WSBA No. 17593
Nathan L. Nanfelt, WSBA No. 45273
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, Washington 98101
Tel: (206) 623-1900
jfarris@kellerrohrback.com
nnanfelt@kellerrohrback.com

I certify that this memorandum contains 392 words, in compliance with the Local Civil Rules

Daimeon M. Cotton (P75563)
(*pro hac vice*)
**COTTON LAW CENTER, PLLC**
13900 Woodward Avenue
Highland Park, Michigan 48207
Tel: (313) 998-2017
dcotton@cottonlawcenter.com

*Attorneys for Plaintiff SharZor Logistics, LLC*

Diana Siri Breaux, WSBA #46112
Selby P. Brown, WSBA #59303
Hathaway Burden, WSBA #52970
hathawayb@summitlaw.com
Eva Sharf Oliver, WSBA #57019
**SUMMIT LAW GROUP, PLLC**
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
Tel: (206) 676-7000
dianab@summitlaw.com
selbyb@summitlaw.com
evao@summitlaw.com

*Counsel for Defendants*

Stipulation Setting Briefing Schedule
(No. 2:24-cv-00968-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384