Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - AT SEATTLE

SHAZOR LOGISTICS, LLC,

                     Plaintiff,

    v.

AMAZON.COM, LLC and AMAZON
LOGISTICS, INC.,

                     Defendants.

NO. 2:24-cv-00968 BJR

**STIPULATED MOTION AND
ORDER AMENDING BRIEFING
SCHEDULE FOR MOTION TO VACATE
FINAL ARBITRATION
AWARD, CROSS-MOTION TO
CONFIRM FINAL ARBITRATION
AWARD, AND MOTION TO SEAL**

## STIPULATED MOTION

      Pursuant to Section II.D. of this Court's Standing Order for All Civil Cases, Plaintiff ShaZor Logistics LLC ("ShaZor") and Defendants Amazon.com Services LLC and Amazon.com, Inc. (together, "Amazon") jointly move the Court for a one-week extension of time of the briefing schedule on ShaZor's motion to vacate, Amazon's cross-motion to confirm, and the attendant motion to seal. Good cause exists for an extension of time as the parties are working cooperatively on issues regarding the scope of the record and to limit disputed sealing issues. The parties need a brief extension of time to do so.

      For the above reasons, the parties jointly and respectfully propose the following amended briefing schedule:

**STIPULATED MOTION AND ORDER
AMENDING BRIEFING SCHEDULE AND
CROSS-MOTION TO CONFIRM FINAL
ARBITRATION AWARD** - 1
(Case No. 2:24-cv-00968 BJR)

Summit Law Group, PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

| Event | Current Due Date | Proposed Due Date |
|---|---|---|
| ShaZor's motion to vacate (Dkt. No. 3) and motion to seal (Dkt. No. 5) | Already Filed as Dkt. Nos. 3 and 5 | Already Filed as Dkt. Nos. 3 and 5 |
| Amazon's (1) combined opposition to ShaZor's motion to vacate and cross-motion to confirm and (2) response to ShaZor's motion to seal | August 26, 2024 | September 3, 2024 (to accommodate Labor Day) |
| ShaZor's (1) combined reply in support of its motion to vacate and opposition to Amazon's cross-motion and (2) reply regarding the motion to seal | September 20, 2024 | September 27, 2024 |
| Amazon's reply in support of its cross-motion to confirm | October 4, 2024 | October 11, 2024 |

STIPULATED this 21st day of August, 2024.

I certify that this memorandum contains 226 words, in compliance with the Local Civil Rules.

KELLER ROHRBACK L.L.P.

*s/ Nathan L. Nanfelt (with authorization given)*
Juli E. Farris, WSBA #17593
*jfarris@kellerrohrback.com*
Nathan L. Nanfelt, WSBA #45273
*nnanfelt@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900

Daimeon Montrez Cotton**,** MI License #P75563
Admitted *Pro Hac Vice*
*dcotton@cottonlawcenter.com*
COTTON LAW CENTER, PLLC
13900 Woodward Avenue
Highland Park, MI 48203
Tel: (313) 998-2017

***Counsel for Plaintiff***

**STIPULATED MOTION AND ORDER AMENDING BRIEFING SCHEDULE AND CROSS-MOTION TO CONFIRM FINAL ARBITRATION AWARD** - 2
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

1

2

SUMMIT LAW GROUP, PLLC

3

*s/ Diana Siri Breaux*
Diana Siri Breaux, WSBA #46112

4

*dianab@summitlaw.com*
Selby P. Brown, WSBA #59303

5

*selbyb@summitlaw.com*
Hathaway Burden, WSBA #52970

6

*hathawayb@summitlaw.com*
Eva Sharf Oliver, WSBA #57019

7

*evao@summitlaw.com*
315 Fifth Avenue S., Suite 1000

8

Seattle, WA  98104-2682
(206) 676-7000

9

10

**Counsel for Defendants**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STIPULATED MOTION AND ORDER
AMENDING BRIEFING SCHEDULE AND
CROSS-MOTION TO CONFIRM FINAL
ARBITRATION AWARD** - 3
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

## ORDER

Pursuant to the parties' stipulation, the Court amends the briefing schedule as follows:

| Event | Amended Due Date |
|---|---|
| ShaZor's motion to vacate (Dkt. No. 3) and motion to seal (Dkt. No. 5) | Already Filed as Dkt. Nos. 3 and 5 |
| Amazon's (1) combined opposition to ShaZor's motion to vacate and cross-motion to confirm and (2) response to ShaZor's motion to seal | September 3, 2024 |
| ShaZor's (1) combined reply in support of its motion to vacate and opposition to Amazon's cross-motion and (2) reply regarding the motion to seal | September 27, 2024 |
| Amazon's reply in support of its cross-motion to confirm | October 11, 2024 |

IT IS SO ORDERED.

Dated this 23rd day of August, 2024.

Honorable Barbara J. Rothstein
UNITED STATES DISTRICT COURT JUDGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
www.summitlaw.com

## CERTIFICATE OF SERVICE

I, **Kathi Milner,** hereby certify under penalty of perjury of the laws of the State of Washington that on August 21, 2024, I caused a true and correct electronic copy of the foregoing document to be served on the following and in the manner indicated:

_**Counsel for Plaintiff:**_

| | |
|---|---|
| **Juli E. Farris**, WSBA #17593<br>*jfarris@kellerrohrback.com*<br>**Nathan L. Nanfelt,** WSBA #45273<br>*nnanfelt@kellerrohrback.com*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900 | ☒ **CM/ECF System**<br>☒ **Email** |
| **Daimeon Montrez Cotton,** MI License #P75563<br>Admitted *Pro Hac Vice*<br>*dcotton@cottonlawcenter.com*<br>COTTON LAW CENTER, PLLC<br>13900 Woodward Avenue<br>Highland Park, MI 48203<br>Tel: (313) 998-2017 | ☒ **CM/ECF System**<br>☒ **Email** |

DATED this 21st day of August, 2024, at Seattle, King County, Washington.

SUMMIT LAW GROUP, PLLC

*s/ Kathi Milner*

**Kathi Milner,** Legal Assistant
*kathim@summitlaw.com*

**STIPULATED MOTION AND ORDER
AMENDING BRIEFING SCHEDULE AND
CROSS-MOTION TO CONFIRM FINAL
ARBITRATION AWARD** - 5
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**