Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - AT SEATTLE

SHAZOR LOGISTICS, LLC,

         Plaintiff,

    v.

AMAZON.COM, LLC and AMAZON LOGISTICS, INC.,

         Defendants.

NO. 2:24-cv-00968 BJR

**STIPULATED MOTION AND ORDER TO STRIKE AND REPLACE DOCKET NUMBER 6**

    Plaintiff ShaZor Logistics LLC and Defendants Amazon.com Services LLC and Amazon Logistics, Inc. stipulate to (1) strike and replace the compilation of exhibits filed by Plaintiff under seal at Dkt. No. 6 with an amended version, filed contemporaneously herewith under seal and (2) strike and remove from the docket Exhibit V to Plaintiff's counsel's declaration filed publicly at Dkt. No. 4; Exhibit V is now included under seal with the amended version of Dkt. No. 6.

    Dkt. No. 6 comprises exhibits to a pending motion to vacate (Dkt. No. 3) and subject to a pending motion to seal (Dkt. No. 5) that are not yet ripe and to which no responses have yet been filed (Defendants' responses to both motions are due September 3, 2024). The amended version narrows the record to include excerpts of Exhibits C, K, O, X, and Z in compliance with Local Civil Rule 10(e)(10), thereby narrowing the scope of sealing issues before the Court, and includes Exhibit V under seal as contemplated by the parties' stipulated protective order entered by the panel in the underlying arbitration.

STIPULATION TO STRIKE AND REPLACE
DOCKET NUMBER 6
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

Accordingly, the parties respectfully request the Court (1) strike and remove from the docket Dkt. No. 6 and replace Dkt. No. 6 with the amended compilation of exhibits filed under seal contemporaneously with the filing of this stipulated motion and (2) strike and remove from the public docket Exhibit V to Dkt. No. 4, which is now included under seal in the amended Dkt. No. 6. The accompanying motion to seal is already filed at Dkt. No. 5, with Defendants' response due on September 3, 2024. *See* Dkt. No. 30 (Order Amending Briefing Schedule).

STIPULATED this 29th day of August, 2024.

I certify that this memorandum contains 275 words, in compliance with the Local Civil Rules.

KELLER ROHRBACK L.L.P.

*s/ Nathan L. Nanfelt (with authorization given)*
Juli E. Farris, WSBA #17593
*jfarris@kellerrohrback.com*
Nathan L. Nanfelt, WSBA #45273
*nnanfelt@kellerrohrback.com*
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900

Daimeon Montrez Cotton, MI License #P75563
Admitted *Pro Hac Vice*
*dcotton@cottonlawcenter.com*
COTTON LAW CENTER, PLLC
13900 Woodward Avenue
Highland Park, MI  48203
Tel:  (313) 998-2017

***Counsel for Plaintiff***

STIPULATION TO STRIKE AND REPLACE
DOCKET NUMBER 6
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

1   S<small>UMMIT</small> L<small>AW</small> G<small>ROUP</small>, PLLC

2
    <u>s/ Diana Siri Breaux</u>
3   Diana Siri Breaux, WSBA #46112
    *dianab@summitlaw.com*
4   Selby P. Brown, WSBA #59303
    *selbyb@summitlaw.com*
5   Hathaway Burden, WSBA #52970
    *hathawayb@summitlaw.com*
6   Eva Sharf Oliver, WSBA #57019
    *evao@summitlaw.com*
7   315 Fifth Avenue S., Suite 1000
    Seattle, WA  98104-2682
8   (206) 676-7000
9
    **Counsel for Defendants**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO STRIKE AND REPLACE
DOCKET NUMBER 6
(Case No. 2:24-cv-00968 BJR)

S<small>UMMIT</small> L<small>AW</small> G<small>ROUP</small>, PLLC
315 F<small>IFTH</small> A<small>VENUE</small> S<small>OUTH</small>, S<small>UITE</small> 1000
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**

**ORDER**

Pursuant to the parties' stipulation, the Court directs the Clerk to (1) strike and remove from the docket Dkt. No. 6 and replace Dkt. No. 6 with the amended compilation of exhibits filed under seal contemporaneously with the filing of this stipulated motion, and (2) strike and remove from the docket Exhibit V to Dkt. No. 4.

IT IS SO ORDERED.

Dated this 30th day of August 2024.

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO STRIKE AND REPLACE
DOCKET NUMBER 6
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
www.summitlaw.com

# CERTIFICATE OF SERVICE

I, **Kathi Milner,** hereby certify under penalty of perjury of the laws of the State of Washington that on August 29, 2024, I caused a true and correct electronic copy of the foregoing document to be served on the following and in the manner indicated:

<u>*Counsel for Plaintiff:*</u>

| | |
|---|---|
| **Juli E. Farris**, WSBA #17593<br>*jfarris@kellerrohrback.com*<br>**Nathan L. Nanfelt,** WSBA #45273<br>*nnanfelt@kellerrohrback.com*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>Tel:  (206) 623-1900 | ☒ **CM/ECF System**<br>☒ **Email** |
| **Daimeon Montrez Cotton,** MI License #P75563<br>Admitted *Pro Hac Vice*<br>*dcotton@cottonlawcenter.com*<br>COTTON LAW CENTER, PLLC<br>13900 Woodward Avenue<br>Highland Park, MI  48203<br>Tel:  (313) 998-2017 | ☒ **CM/ECF System**<br>☒ **Email** |

DATED this 29th day of August, 2024, at Seattle, King County, Washington.

SUMMIT LAW GROUP, PLLC

  *s/ Kathi Milner*
**Kathi Milner,** Legal Assistant
*kathim@summitlaw.com*

DOCKET NUMBER 6
(Case No. 2:24-cv-00968 BJR)

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone (206) 676-7000
Fax (206) 676-7001
**www.summitlaw.com**