Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHAZOR LOGISTICS, LLC,

    *Plaintiff,*

v.

AMAZON.COM, LLC and AMAZON LOGISTICS, INC.,

    *Defendants.*

No. 2:24-cv-00968-BJR

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL PLAINTIFF'S REPLY TO PETITION TO VACATE ARBITRATION AWARD AND OPPOSITION TO DEFENDANTS' CROSS-MOTION TO CONFIRM, SECOND DECLARATION OF DAIMEON M. COTTON, AND EXHIBITS ATTACHED THERETO**

This matter came before the Court on Plaintiff ShaZor Logistics, LLC's request to file under seal portions of Plaintiff's Reply in Support of Plaintiff's Petition to Vacate Arbitration Award and Opposition to Defendants' Cross-Motion to Confirm and the Second Declaration of Daimeon M. Cotton in Support, and to file under seal in their entirety Exhibits DD and EE accompanying the Second Declaration.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Seal is GRANTED.

2. The Clerk of the court shall partially seal Plaintiff's Reply in Support of Plaintiff's Petition to Vacate Arbitration Award and Opposition to Defendant's Cross-Motion to Confirm and the Second Declaration of Daimeon M. Cotton in Support thereof.

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3. The Clerk of the court shall seal in their entirety Exhibits DD and EE to the Second Declaration of Daimeon M. Cotton in Support of Plaintiff's Reply to Vacate Arbitration Award and Opposition to Defendants' Cross-Motion to Confirm.

It is so ORDERED.

Dated this 14th day of October, 2024.

*Barbara J. Rothstein*

Honorable Barbara J. Rothstein
UNITED STATES DISTRICT COURT JUDGE

Order
No. 2:24-cv-00968-BJR - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384